**Dismissed and Opinion Filed February 1, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00948-CV

### IN RE KNL TRANSPORTATION, INC., Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17408**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Goldstein
Opinion by Justice Molberg

Before the Court is relator's October 29, 2020 petition for writ of mandamus in which relator challenges the trial court's order granting real party in interest's plea in abatement. In its January 28, 2021 "Notice of Settlement," relator requests that the Court dismiss this original proceeding because the parties have resolved this matter at mediation. Accordingly, we grant the motion and dismiss the petition.

/Ken Molberg//
KEN MOLBERG
JUSTICE

200948f.p05